NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@trialnewport.com
James B. Hardin, Bar No. 205071
jhardin@trialnewport.com
Victoria C. Knowles, Bar No. 277231
vknowles@trialnewport.com
895 Dove Street, Suite 425
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PROGENE HEALTHCARE, INC. and DOES 1-25, Inclusive,<br><br>Defendants. | Case No. **EDCV 12-0246-CJC (DTBx)**<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed:   December 30, 2011 |

The Court, having considered the Stipulation of Voluntary Dismissal filed by the Parties herein, finds that this action should be dismissed with prejudice.

DATED: 4/27/12

_____
United States District Judge

- 1 -